# EXHIBIT COVER PAGE :

EXHIBIT: ___1___

DESCRIPTON OF THIS EXHIBIT: EXHAUSTED ADMINISTRATIVE REMEDIES

NUMBER OF PAGES FOR THIS EXHIBIT: __4__ PAGES

❖ <u>JURISDICTION</u>: ( CHECK ONLY ONE )

- MUNICIPAL COURT
- SUPERIOR COURT
- APPELLATE COURT
- STATE SUPREME COURT
- ☒ UNITED STATES DISTRICT COURT
- UNITED STATES CIRCUIT COURT
- UNITED STATES SUPREME COURT
- CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT
- OTHER: _____

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**

CDCR 602-1 (Rev. 01/22)

Page 1 of 2

| STAFF USE ONLY | OGT Log No: _____ | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | MAR 04 2024 |
| | Categories: _____ | |

**Claimant Name:** SALIDO, R. _____ **CDCR #:** AY-0083 _____

**Institution/Parole Region:** R.J. Donovan C.F. _____ **Current Housing/Parole Unit:** Facility B10 #125 _____

STAFF USE ONLY

<u>Use this form to file a complaint with the Department.</u>

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

I am an inmate housed in Building 10 on Bravo Yard at R.J. Donovan Correctional Facility. On March 1, 2024, I was released on or about 0900 hours for the daily morning program. Due to previous physical injuries and my mobility-impaired status I was utilizing my DME walker for stability while making my laps around the track as part of my continued physical therapy. While circulating around the track in a counter-clockwise direction nearing Building 6 the wheels of my walker fell into one of the many potholes, causing me to trip, tumble head over heels over my walker, and fall hard to the ground with a forceful impact. I immediately experienced sharp, intense, excruciating pains in my hip, back, and shoulder area, all of which exacerbated my pre-existing injuries. I was unable to regain control of ambulatory functions so an accompanying inmate assisted by placing me in a seated position on my walker then physically pushing me to the facility clinic where I was evaluated by medical staff. It was determined that I had to go to the Triage Treatment Area (TTA) for further evaluation and treatment. I was placed in a wheelchair and pushed to the TTA by the sergeant on duty. At the TTA I was administered an injection of Toradol 30mg for pain management and prescribed Naproxin to control and suppress the

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

inflammation. A series of X-ray films were administered to determine if there was any skeletal or muscular breaks or tears. After these preliminary evaluations and tests were conducted I was returned to my housing unit. There is a serious walking hazard throughout Bravo Facility for any regular physically capable inmate. But most notably in front of Building 6 and 7 the terrain is much worse, especially for the ADA wheelchair/walker ambulatory mobility-impaired inmates. This incident has set me back in my personal physical rehabilitation. This incident was not the first of its kind and will not be the last. Video camera footage evidence will show these hazards that remain outstanding even after work orders have been submitted but not closed. Requesting all potholes and uneven walking surfaces that pose a hazard for ADA mobility-impaired persons be repaired posthaste without further delay, risk, or potential injury to others.

Claimant Signature: *[signature]*

Date Signed: 03/03/24

*ADA Accessible*



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** SALIDO, RIGOBERTO  
**CDC#:** AY0083  
**Current Location:** RJD-Facility B

**Date:** 04/17/2024  
**Current Area/Bed:** B 010 1 - 125001L

**Log #:** 000000528414

---

**Claim #: 001**

**Received at Institution/Parole Region:** RJ Donovan Correctional Facility  
**Submitted to Facility/Parole District:** RJD-Facility B  
**Housing Area/Parole Unit:**  
**Category:** Facilities                  **Sub-Category:** Adequacy of Environment

### I. CLAIM

The claimant, Salido, #AY0083, alleges walking hazards (potholes) around Bravo facility.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

California Code of Regulations (CCR), Title 15, Section 3001 Subject to Regulations  
CCR, Title 15, Section 3084.1 Right to Appeal

**B. DOCUMENTS CONSIDERED**

Demand Maintenance Work Order #603572

### III. REASONING AND DECISION

The Plant Operations' Carpenters have filled potholes around Bravo facility but this an ongoing issue due to weather and wear. The Carpenter will continue to fill the potholes as time permits.

### IV. Comments

Bravo facility does have a concrete walking path all the way around the facility that does not present any walking hazards.

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Ochoa [OCRI001] | Reviewing Authority | 04/16/2024 |

STATE OF CALIFORNIA  
**APPEAL OF GRIEVANCE**  
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 000000528414 | Date Received: |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: SALIDO, RIGOBERTO            CDCR #: AY0083

Institution/Parole Region: RJD-CSP         Current Housing/Parole Unit: B·10·125

**STAFF USE ONLY**

*Use this form to appeal a decision or a remedy by the Office of Grievances.*
Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** 000000528414        **Claim No:** 001

Explain the reason for your appeal. Be as specific as you can.
*I am dissatisfied with the response I was given because* _____

_____

_____

_____

_____

**This form shall be submitted by mail to:**
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____        **Date Signed:** _____

*ADA Accessible*

STATE OF CALIFORNIA            DEPARTMENT OF CORRECTIONS AND REHABILITATION
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)            Page 1 of 2

| STAFF USE ONLY | OGT Log No: 0000528414    Date Received: _____ <br> Decision Due Date: _____ <br> Categories: _____ |
|---|---|

**Claimant Name:** Salido, R.      **CDCR #:** AY-0083

**Institution/Parole Region:** R.J. Donovan C.F.      **Current Housing/Parole Unit:** Facility B10 #125

STAFF USE ONLY

*Use this form to appeal a decision or a remedy by the Office of Grievances.*
Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** 0000528414      **Claim No:** 001

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* R.J. Donovan Correctional Facility staff and administration knew and had documented knowledge that the track surrounding Bravo yard was in need of serious repair throughout the entire blacktop asphalt area. As stated in the response to this grievance the word "wear" is an acknowledgment that staff and administration were very well aware of this issue. Furthermore, in the COMMENTS section, the Reviewing Authority stating that there is a concrete path that is not a walking hazard is not a justification to not repair the track and limit my rehabilitative personal

---

**This form shall be submitted by mail to:**
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** *[signature: Rigoberto Salido]*      **Date Signed:** 04/24/2024

ADA Accessible

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

OGT Log No: 0000528414      Claim No: 001

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____

therapy. This concrete path is also utilized by administrators, correctional staff, free staff, electric carts, and inmates working out which all pose an obstruction and a need to veer around off the concrete path at any given time. Bravo yard is an ADA facility that should already have flat, level, smooth terrain to avoid any trip-and-fall hazards whether someone is on the concrete path or the adjacent asphalt blacktop. It should not have to take appellant to injury himself and file this 602 grievance to rectify these issues, especially when the upper echelon of administration constantly walk and have observed these hazards each week while attending committee in buildings #6 and #7. Appellant's incident on March 1, 2024 on or about 0910 hours, as well as other similar incidents, have been documented on facility surveillance cameras posted throughout the yard. Per Title 15, §3481(d), it states, "Staff shall not retaliate against a claimant for seeking to informally resolve a claim or for submitting a grievance or appeal."

ADA Accessible



**CALIFORNIA DEPARTMENT of Corrections and Rehabilitation**

# OFFICE OF APPEALS DECISION

**Offender Name:** SALIDO, RIGOBERTO  
**CDC#:** AY0083  
**Current Location:** RJD-Facility B

**Date:** 06/24/2024

**Current Area/Bed:** B 010 1 - 125001L

**Log #:** 000000528414

---

**Claim #  001**

**Received at Institution/Parole Region:** RJ Donovan Correctional Facility  
**Submitted to Facility/Parole District:** RJD-Facility B  
**Housing Area/Parole Unit:**  
**Category:** Facilities                **Sub-Category:** Adequacy of Environment

### I. ISSUE ON APPEAL

Appellant contends there are potholes along the path of travel on facility B.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

Title 15, section 3084.1

**B. DOCUMENTS CONSIDERED**

Appeal, Log No. 528414

### III. REASONING AND DECISION

Upon review it appears Demand Maintenance Work Order No. 603572 was submitted, and ongoing efforts to fix the problem are occurring. Because of this, this claim is granted.

### IV. REMEDY

Because demand maintenance work order no. 603572 was submitted, and ongoing efforts to fix the problem are occurring no further action is required.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 06/23/2024 |

| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|
| **REQUEST TO IMPLEMENT REMEDIES** | |
| CDCR 602-3 (Rev. 01/22) | Page 1 of 1 |

| STAFF USE ONLY | **OGT Log No:** _____000000528414_____  **Date Received:** _____ |
|---|---|
| | **Remedy Confirmed:** _____ **Remedy Unconfirmed:** _____ |
| | **Screen Out:** _____ **Status Letter:** _____ **Resolved:** _____ |

**Claimant Name:** SALIDO, RIGOBERTO _____  **CDCR #:** _____AY0083_____

**Institution/Parole Region:** _____  **Current Housing/Parole Unit:** _____

*Use this form to ask for a remedy that was granted but is overdue.*
Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**Grievance or Appeal Log No:** _____000000528414_____

**Claim No:** _____

**Date of Decision:** _____

**Description of Remedy:** _____
_____

This form shall be submitted by mail to:
Remedies Compliance Coordinator
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

**IMPORTANT:**
The Remedies Compliance Program is only intended to resolve delays in the implementation of a remedy previously granted by the Office of Grievances or the Office of Appeals; it is not intended for new issues, to seek additional remedies, or to dispute the remedy provided.
When reviewing this request, the Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____  **Date Signed:** _____

*ADA Accessible*