# EXHIBIT COVER PAGE :

EXHIBIT: ___2___

DESCRIPTON OF THIS EXHIBIT: GOVERMENT CLAIM FORM AND COVERSHEET

NUMBER OF PAGES FOR THIS EXHIBIT: __2__ PAGES

- ❖ JURISDICTION:   ( CHECK ONLY ONE )

  - ➢ MUNICIPAL COURT
  - ➢ SUPERIOR COURT
  - ➢ APPELLATE COURT
  - ➢ STATE SUPREME COURT
  - ➢ UNITED STATES DISTRICT COURT
  - ➢ UNITED STATES CIRCUIT COURT
  - ➢ UNITED STATES SUPREME COURT
  - ➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT
  - ➢ OTHER: _____

RIGOBERTO SALIDO
#AY-0083

OFFICE of RISK and Insurance Management
GOVERNMENT CLAIMS PROGRAM
P.O. BOX: 989052, MS414
WEST SACRAMENTO, CA 95798-9052

To whom it may concern this Tort claim is coming forth due to injuries that happend as a result of negligence in the up keep of the (medical yard) and facilities of Richard J Donovan State Prison B yard. As the state goverment and CDCR take money from the federal Government under the Americans with Disabilities Act, 42 U.S.C.S § 12131-34 (ADA) and §504 of the Rehabilitation ACT of 1973, 29 U.S.C.S § 794. There is both unlimited liability as well as no exemption from liability to the 11TH Amendment of the Constitution. Please take legal notice this is an attempt to cure.

/S/ Rigoberto Salido    07-16-24
RIGOBERTO Salido

**STATE OF CALIFORNIA**
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev 08/19)

AUG 01 2024
#GCP202405280

**DEPARTMENT OF GENERAL SERVICES**
**OFFICE OF RISK AND INSURANCE MANAGEMENT**

## CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| SALIDO | RIGOBERTO | |

| INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) | BUSINESS NAME (if applicable) |
|---|---|
| #AV-0083 | N/A |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| N/A | N/A |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 480 ALTA RD B-10-125 | SAN DIEGO | CA | 92179 |

IS THE CLAIMANT UNDER 18 YEARS OF AGE? ☐ Yes ☒ No

INSURED NAME (Insurance Company Subrogation): N/A

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM? ☐ Yes ☒ No

EXISTING CLAIM NUMBER (if applicable): N/A
EXISTING CLAIMANT NAME (if applicable): N/A

## ATTORNEY OR REPRESENTATIVE INFORMATION

(blank)

## CLAIM INFORMATION

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED: California Department of Corrections and Rehabilitation (CDCR)

DATE OF INCIDENT: 03/01/2024

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago): N/A

DOLLAR AMOUNT OF CLAIM: 50,000 (PLUS)

CIVIL CASE TYPE (Required, if amount is more than $10,000): ☐ Limited ($25,000 or less) ☒ Non-Limited (over $25,000)

DOLLAR AMOUNT EXPLANATION: PHYSICAL INJURY & extent of, on Going loss of Mobility & need to Participate in physical therapy

INCIDENT LOCATION: Richard J. Donovan State Prison (B-yard) "track" Between 6 Building & 7 Building

SPECIFIC DAMAGE OR INJURY DESCRIPTION: Due to the fall I suffer from the Deep Bone bruising of the overall structure of the left hip causing overall Arthralgia and underlying Bursitis symptoms of Arthritis and further resulting in mental anguish from loss of Mobility. Recovery time will be extensive and painful and will require extensive and painful recovery as well as numerous physical therapy sessions, and Cortisone as an anti inflammatory to attempt to relieve pain.

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY: See attached 602 (Filed March 03 2024) at the first level and Partially granted at the Second level (Exhibit 1 also clearly showing exhaustion of Administrative remedies) Further exhibits and Supporting Documents show on going negligence to track surface and overall safety of TRACK for "ADA" inmates.

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY STATED: By way of CDCR Admits the issue and Says (in attached Office of Appeals Decision) upon review it appears Demand Maintenance work order No. 603672 was submitted and Going efforts to fix the problem are occurring. Because of this claim granted.

STATE OF CALIFORNIA
## GOVERNMENT CLAIM
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICE
OFFICE OF RISK AND INSURANCE MANAGEMEN

### AUTOMOBILE CLAIM INFORMATION

**DOES THE CLAIM INVOLVE A STATE VEHICLE?**
☐ Yes  ☒ No

**VEHICLE LICENSE NUMBER** (if known)

**STATE DRIVER NAME** (if known)

**HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER?**
☐ Yes  ☐ No

**INSURANCE CARRIER NAME**

**INSURANCE CLAIM NUMBER**

**HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY?**
☐ Yes  ☐ No

**AMOUNT RECEIVED** (if any)

**AMOUNT OF DEDUCTIBLE** (if any)

### NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

**SIGNATURE:** Rigoberto Salido #AY-0083
**PRINTED NAME:** RIGOBERTO Salido
**DATE:** 07/16/24

### INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state. The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

➢ **Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

DGS ORIM
Public Records Officer
707 3rd St., West Sacramento, CA 95605
(916) 376-5300