# EXHIBIT COVER PAGE :

EXHIBIT: _____3_____

DESCRIPTON OF THIS EXHIBIT: MEDICAL AND PHYSICAL THERAPY REPORTS

NUMBER OF PAGES FOR THIS EXHIBIT: _5_ PAGES

❖ <u>JURISDICTION</u>: ( CHECK ONLY ONE )

- ➢ MUNICIPAL COURT
- ➢ SUPERIOR COURT
- ➢ APPELLATE COURT
- ➢ STATE SUPREME COURT
- ➢ UNITED STATES DISTRICT COURT
- ➢ UNITED STATES CIRCUIT COURT
- ➢ UNITED STATES SUPREME COURT
- ➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT
- ➢ OTHER: _____

**RJD - RJ Donovan Correctional Facility**

| | |
|---|---|
| Patient: | **SALIDO, RIGOBERTO** |
| DOB/Age/Birth Gender: | 9/24/1985 / 38 years / Male     CDCR: AY0083 |

## Progress Notes

Document Type:                          Outpatient Progress Note
Document Subject:                       Office Visit Note
Service Date/Time:                      7/9/2024 08:23 PDT
Result Status:                          Auth (Verified)
Perform Information:                    Blaisdell,Matthew P&S (7/9/2024 08:23 PDT)
Sign Information:                       Blaisdell,Matthew P&S (7/9/2024 12:54 PDT)
Authentication Information:             Blaisdell,Matthew P&S (7/9/2024 12:54 PDT); Blaisdell, Matthew P&S (7/9/2024 12:54 PDT); Blaisdell,Matthew P&S (7/9/2024 12:49 PDT); Blaisdell,Matthew P&S (7/9/2024 12:33 PDT); Blaisdell,Matthew P&S (7/9/2024 12:31 PDT); Blaisdell, Matthew P&S (7/9/2024 12:24 PDT); Blaisdell,Matthew P&S (7/9/2024 08:29 PDT); Blaisdell,Matthew P&S (7/9/2024 08:29 PDT); Blaisdell,Matthew P&S (7/9/2024 08:27 PDT)

### Chief Complaint
f/u chronic left hip pain.
f/u TCMC urology.

### History of Present Illness
38 yo M w/ a past medical history of chronic low back pain, chronic left hip pain, and neurogenic bladder presents to the clinic to f/u on his chronic hip pain and his most recent urology consult. The patient reports his chronic hip and low back pain are stable. He is requesting to have a referral to an orthopedic specialist to evaluate for possible surgery. The patient denies any changes to his chronic urinary incontinence. The patient otherwise reports feeling at his baseline and denies any other pains or other adverse symptoms. The patient has no other questions, concerns, or complaints at this time.

### Review of Systems
Constitutional: No fatigue. No fevers, chills, or sweats.
HEENT/Neck: No headaches, neck pain, sore throat, or ear pain. No visual changes.
Cardiovascular: No chest pain, palpitations, syncope, or lightheadedness/dizziness.
Respiratory: No shortness of breath, cough, or wheezing.
Gastrointestinal: No nausea, vomiting, diarrhea, constipation, bloating, or abdominal pain.
Genitourinary: No dysuria or hematuria. No flank pain.

### Physical Exam
Vitals & Measurements
T: 37.2 °C (Oral)  HR: 60 (Peripheral)  RR: 16  BP: 103/63  SpO2: 97%
WT: 92.7 kg
GENERAL: Alert. NAD. Appears comfortable with no outward apperance of pain.
HEENT: NCAT.
NECK: Supple.
EXTREMITIES: No cyanosis, clubbing, or edema noted.
NEUROLOGICAL: No deficits. CN 2-12 intact. Full and equal sensation in upper and lower extremities bilaterally.
MSK: Patient presents to the clinic in his wheelchair. He is able to get out of his wheelchair unassisted and display a normal gait unassisted. He has no difficulty getting up and down

### Problem List/Past Medical History
Ongoing
  Back pain with history of spinal surgery
  Chronic low back pain
  Dyslipidemia
  Elevated total bilirubin
  Encounters for administrative purposes
  Gilbert syndrome
  Healthcare maintenance
  Hip pain
  Ingrowing nail, left great toe
  Lumbar radiculopathy
  Mobility impaired
  Neurogenic bladder disorder
  Seborrhea
Historical
  Urinary incontinence

### Procedure/Surgical History
- L4-L5 microdiscectomy-left (2019)
- L2-L3 microdiscectmy, rt side (2018)
- L4-5 Microdiscectomy

### Medications
 Active Medications:
acetaminophen  650 mg 2 tab Oral BID-KOP KOP PRN: pain
1-cetirizine 10 mg Tab (ZyrTEC)  10 mg 1 tab Oral Daily-KOP KOP
cholecalciferol  1,000 unit 1 tab Oral Daily-KOP KOP
clobetasol 0.05% Ointment 30 gm (clobetasol 0.05% topical ointment)  1 app

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  86104908                                           Print Date/Time:  7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

RJD - RJ Donovan Correctional Facility

Patient: **SALIDO, RIGOBERTO**
DOB/Age/Birth Gender: 9/24/1985 / 38 years / Male     CDCR: AY0083

## Progress Notes

of exam table. No stepoff signs or tenderness to palpation in spinous processes or paraspinal muscles in the cervical, thoracic, or lumbar spine. Full/symmetric strength and ROM in upper and lower extremities. Straight leg test negative bilaterally.

### Assessment/Plan
Chronic left hip pain
  Stable, likely 2/2 mild OA noted on previous imaging. Patient does not yet meet IQ criteria for specialty referral. Patient offered multiple medications, but is not interested in any new medications at this time. He was interested in a referral to PT (previously seen at initial visit but has not had f/u visits), order placed. Patient educated on stretching/mobility/exercise techniques for his chronic pain, he was given a print-out of such techniques to use as home therapy prior to being seen by PT. The patient is to f/u as needed.

Mobility impaired
  Patient able to display a normal gait unassisted. He also reports using his walker at times. The patient does not meet the criteria for a DPP code of DPW, will update to DPO.

Neurogenic bladder disorder
  Consult reviewed, will place RFS for urodynamic studies, patient to f/u as needed.
Ordered:
Request for Urology

Orders:
CCHCS UTOX Panel - 373993
Consult to Physical Therapy (PT) Outpatient Eval and Treat

Topical BID-KOP KOP PRN: psoriasis
diclofenac 1% Gel 100 gm (Voltaren) (Voltaren 1% topical gel) 4 gm 4.5 inch Topical QID-KOP KOP
1-omega-3 acid ethyl esters 1000 mg Cap (omega-3 acids ethyl esters 1000 mg) 2,000 mg 2 cap Oral BID-KOP KOP
1-omeprazole 20 mg Cap-DR (PriLOSEC) 20 mg 1 cap Oral Daily-KOP KOP
oxybutynin 5 mg 1 tab Oral BID-KOP KOP
pregabalin 150 mg 2 cap Oral BIDAM+PM DOT

### Allergies
No Known Medication Allergies

### Social History
Alcohol
  Former, Beer, Wine, Liquor, Started age 19 Years.
Employment/School
  Previous employment/school: manual labor. Highest education level: Some college. Behavioal Problems in School Yes.
Exercise
  Exercise duration: 30. Exercise frequency: Daily.
Substance Abuse
  Former, Marijuana, IV drug use: Never.
Tobacco
  Never

### Family History
Renal failure syndrome: Father.
  Mother: History is negative

### Immunizations

| Event Name | Event Result | Date/Time |
|---|---|---|
| hepatitis A-hepatitis B vaccine | 1 mL | 03/02/20 13:36:00 |
| hepatitis A-hepatitis B vaccine | 1 mL | 09/03/19 09:04:00 |
| hepatitis A-hepatitis B vaccine | 1 mL | 07/16/19 12:18:00 |
| influenza virus vaccine, inactivated | 0.5 mL | 01/31/24 09:19:00 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  86104908               Print Date/Time:  7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

RJD - RJ Donovan Correctional Facility

Patient: **SALIDO, RIGOBERTO**
DOB/Age/Birth Gender: 9/24/1985 / 38 years / Male       CDCR: AY0083

## Consultation Notes

12:31:00)
Weight Measured: 97.8 kg (05/01/23 10:11:00)
* weight gain 2.2 kg x 5 months 2% not significant change

**Allergies**
No Known Medication Allergies

**Lab Results**
No qualifying data available.

Encounter Info: Patient Name: RIGOBERTO SALIDO,DOB: 09/24/1985,CDCR: AY0083,FIN: 10000003511550329AY0083,Facility: RJD,Encounter Type: Institutional Encounter

Electronically Signed on 04/16/2024 03:21 PM PDT

Basto, Adelita RDN, RDN

Document Type:                Physical Therapy Consultation
Document Subject:             Physical therapy Eval for L hip pain/trochanteric bursitis.
Service Date/Time:            6/27/2024 10:54 PDT
Result Status:                Auth (Verified)
Perform Information:          Leeke,Peyton Physical Therapist (7/3/2024 11:03 PDT)
Sign Information:             Leeke,Peyton Physical Therapist (7/3/2024 11:03 PDT)
Authentication Information:   Leeke,Peyton Physical Therapist (7/3/2024 11:03 PDT)

Encounter Info: Patient Name: RIGOBERTO SALIDO,DOB: 09/24/1985,CDCR: AY0083,FIN: 10000003511550329AY0083,Facility: RJD,Encounter Type: Institutional Encounter

Dx: L hip pain/trochanteric bursitis

S: I/P is a 38 y/o male who has had 3 lumbar surgeries. He had Right L45 microdiscetomy in 2006 that I never got better from. I developed neurogenic bladder after that procedure and have been in a W/C ever since. I couldn't even lie flat on my stomach after this procedure. Then I had another two microdiscectomies in 2018 ( L L23)and 2019 (L L45). My left leg is weak, and I still get neural pains running down my left leg. Right leg feels normal and can stretch it and load it without pain. I have fallen a few times due to left knee giving out. Recently I fell really hard on my L hip on the concrete floor. Pain is localized to my hip but it aggravated my back and LLE pains on top of new intense hip pain. Would like to walk again without any devices and get out of the wheelchair. Had a cortisone shot which did help some.

O:

Observation – I/P presents in W/C but can get up and onto table without issue. He is slow and cautious to move or change positions.

Palpation – L>R muscle tone around L/S paraspinals. Point tender at greater trochanter

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID: 86104908                              Print Date/Time: 7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient: **SALIDO, RIGOBERTO**
DOB/Age/Birth Gender:   9/24/1985   /   38 years   /   Male          CDCR: AY0083

## Consultation Notes

ROM – I/P has limited Flexion due to left leg parathesias, Extension is poor and I/P states he has avoided this for long time. Painful with anything that stretches his lateral hip.

Strength – 5/5 RLE except Hip abd =4/5

    LLE =3+/5 globally

Sp Tests – + SLR, + Slump, + Obers on L

Function – Poor functional mobility. Gait pattern is not symmetrical. No push off on left, No trailing limb position. Tends to offload his left side quickly.

Education – I/P was educated on trochanteric bursitis/ bone bruising. He was given lateral hip/ glute stretching as well as ITB stretching.

A: I/P has LLE neural pains with new trauma to L hip consistent with contusion of greater trochanter/ bone bruise. He has a lot radicular pains in LLE already which got aggravated by his fall.

P: cont PT 2x/wk for 3wks

Goal

1. I/P will be able to lie on l hip again
2. I/P will be 4/5 on LLE.

Electronically Signed on 07/03/2024 11:03 AM PDT

Leeke, Peyton Physical Therapist, Physical T

---

Document Type:         Urology Consultation
Document Subject:      RJD2233
Service Date/Time:     6/21/2024 12:25 PDT
Result Status:         Auth (Verified)
Perform Information:   Mejia,Patricia HRT I (6/24/2024 13:36 PDT)
Sign Information:      Blaisdell,Matthew P&S as proxy for Guldseth,David P&S (6/26/2024 10:01 PDT); Mejia,Patricia HRT I (6/24/2024 13:36 PDT)
Authentication Information: Mejia,Patricia HRT I (6/24/2024 13:36 PDT)

Encounter Info: Patient Name: RIGOBERTO SALIDO,DOB: 09/24/1985,CDCR: AY0083,FIN: 10000003511550329AY0083,Facility: RJD,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   86104908                                    Print Date/Time:   7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.