# EXHIBIT COVER PAGE :

EXHIBIT: _____4_____

**DESCRIPTON OF THIS EXHIBIT:** DOCUMENTATION OF PRIOR INCIDENTS RELATED TO SIMILAR SET OF FACTS DEMOSTRATING DEFENDANTS PRIOR KNOWLEDGE

NUMBER OF PAGES FOR THIS EXHIBIT: ___4___ PAGES

❖ <u>JURISDICTION:</u>   ( CHECK ONLY ONE )

➢ MUNICIPAL COURT

➢ SUPERIOR COURT

➢ APPELLATE COURT

➢ STATE SUPREME COURT

➢ UNITED STATES DISTRICT COURT

➢ UNITED STATES CIRCUIT COURT

➢ UNITED STATES SUPREME COURT

➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢ OTHER:_____

1    DECLARATION OF TRACK CONDITIONS RJD Byard

2    I, ALFREDO FREDDIE HERNANDEZ _____, hereby declare:

3    THE BLACKTOP TRACK IS IN DIRE NEED OF REPAIR.

4    THERE ARE POTHOLES AND CRACKS THAT I HAVE

5    ALMOST TRIPPED ON WHILE EITHER WALKING OR

6    RUNNING. THE BLACKTOP SURFACE IS A DANGER

7    AND I AM REQUESTING THAT THE SURFACE BE

8    FIXED.

9    WHEN THE INCARCERATED INDIVIDUALS IN WHEELCHAIRS

10   ARE ON THE CONCRETE I, HAVE TO WALK OR RUN ON

11   THE BLACKTOP. THE BLACKTOP SURFACE IS A DANGER.

12

13

14

15

16

17

18

19    **VERIFICATION**

20    I am the petitioner in the above cause of action, have read the statements herein,

21    and declare under penalty of perjury that upon information and belief these statements are

22    true and correct.

23

24    DATED: 1/21/2025          RESPECTFULLY SUBMITTED,

25

26

27

DECLARATION OF TRACK CONDITIONS RJD Byard

1

2  I, JOHN K. SCHIEFER _____, hereby declare:

3  THE TRACK ON B-YARD SINCE MY ARRIVAL HERE AT RJD

4  HAS BEEN IN DISREPAIR, I HAVE WITNESSED MULTIPLE

5  PEOPLE FALL ON THE TRACK DUE TO POTHOLES, WHICH

6  THERE ARE SEVERAL    AND AS THIS IS A "LEVEL

7  TERRAIN" FACILITY (I WAS ASSIGNED HERE FOR THAT

8  PURPOSE AS I'M ADA/MOBILITY IMPAIRED) THEY HAVE

9  FILLED SOME HOWEVER THERE ARE MANY MORE. THE TRACK

10  IS APPROXIMATELY 12' TOTAL IN PLACES WITH LESS

11  THAN HALF OF THAT BEING CONCRETE IN GOOD REPAIR

12  AND THE REST BEING BLACK TOP IN POOR UPKEEP.

13  ADDITIONALLY THEY (CORRECTIONAL OFFICER'S) ASK

14  US TO MOVE OFF SO VEHICLES CAN TRAVERSE THE

15  TRACK, I MYSELF HAVE FALLEN AS A RESULT OF

16  THIS AND HAVE NOTICED SEVERAL OTHERS.

17  ADDITIONALLY EASEMENTS FOR EDUCATION ARE

18  NOT ADA ACCESSIBLE.

19  ## VERIFICATION

20  I am the petitioner in the above cause of action, have read the statements herein,

21  and declare under penalty of perjury that upon information and belief these statements are

22  true and correct.

23

24  DATED:                    RESPECTFULLY SUBMITTED,

25

26

27

JOHN K. SCHIEFER, BX 5766
B-10 105

STATE OF CALIFORNIA
**GRIEVANCE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-1 (Rev. 01/22)
Page 1 of 2

| STAFF USE ONLY | OGT Log No: _____ Date Received: _____ MAR 11 2024 |
|---|---|
| | Decision Due Date: _____ |
| | Categories: _____ |

**Claimant Name:** _____ Rosas, Robert _____     **CDCR #:** BR-3992

**Institution/Parole Region:** R.J. Donovan C.F.     **Current Housing/Parole Unit:** Facility B10 #127

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

On Friday, February 23, 2024, at approximately 0915 hours, Bravo Yard Building 10 was released for the daily yard program. While on the way to the medical clinic seated in my DME wheelchair I came upon Officer Jaime and Officer Cervantes blocking the ADA accessible sidewalk and not having the correctional awareness of their surroundings. Due to them blocking my clear unimpeded path to the clinic I tried to go around them onto the uneven pavement area in front of the outside toilet/sink area. However, in my attempt to pass by these officers the wheelchair hit a pothole and I flipped forward out onto the coarse asphalt with a forceful impact, twisting and contorting my body in unnatural positions. I am a paraplegic that suffered a gunshot injury to my lower back in January 2020, damaging my spine, and leaving minimal feeling and no movement in my lower extremities. The surgery to attempt to repair the spinal damage left me with a titanium metal cage, rods, and screws surrounding my spine. Any adverse movement or unnatural position causes excruciating and potentially damaging pain or injury to the spine, nerves, and surrounding area. As I lay on the hard asphalt with my legs and body contorted, Officer Jaime and Officer Cervantes did absolutely nothing to assist me. They merely stepped back then asked if I was okay. Other inmates in the vicinity came to my aid, assisting me back into

*ADA Accessible*

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

my wheelchair. I felt a burning, throbbing pain in my ankle and knee which led me to believe I had been injured. When I arrived at the medical clinic I informed the registered nurse (RN) on duty of my incident and asked if I could get x-rays taken of the injured area. The RN commenced to take my vitals then submitted a request to the doctor to send me to the Triage Treatment Area (TTA) for further evaluation. It wasn't until the following Friday, March 1, 2024, that I was scheduled to Radiology at the TTA for x-rays due to the incident that occurred a week earlier. Bravo Yard has multiple areas throughout the facility as well as back in the Work Change where educational classes are conducted that are very hazardous to the many ADA mobility-impaired wheelchair and walker users. These areas pose a serious liability issue for RJD by having the potential to injure another mobility-impaired inmate worse than myself. I am requesting that these problem hazardous areas be addressed and repaired immediately. Additionally, I request the unit and gym building camera footage, and body worn camera (BWC) footage from Officer Jaime and Officer Cervantes, of the incident that occurred on Friday, February 23, 2024, be preserved and available as evidence in the future.

**Claimant Signature:** _____    **Date Signed:** March 11, 2024

ADA Accessible

1      DECLARATION OF Charles Kinsey

2     I,   Charles Kinsey         , hereby declare:

3 I arrived at Richard J. Donovan Correctional Facility around

4 January 2020. Since I arrived, there have always been deep,

5 unmarked potholes on the track that surrounds the Bravo Facility

6 yard. As time has elapsed the potholes got larger and more

7 potholes appeared. The prison administration made several false

8 promises to remedy the pothole situation due to the severe hand

9 injury I incurred when I fell due to a pothole, but nothing came

10 from the alleged remedy. Due to the negligence of R.J. Donovan's

11 administration and their medical department I have not regained

12 full use of my broken fingers, and the track is still not fully

13 repaired and free of the many trip-and-fall pothole hazards.

14

15

16

17

18

19                    **VERIFICATION**

20     I am the petitioner in the above cause of action, have read the statements herein,

21 and declare under penalty of perjury that upon information and belief these statements are

22 true and correct.

23

24 DATED: *July 9th 2024*     RESPECTFULLY SUBMITTED,

25

26

27                    *ADA Charles C. Kinsey*
                       Charles Kinsey