# EXHIBIT COVER PAGE :

EXHIBIT: _____5_____

DESCRIPTON OF THIS EXHIBIT:   DECLARATIONS OF WITNESSES TO "B" FACILITY WALKING PATH CONDITIONS

NUMBER OF PAGES FOR THIS EXHIBIT: __2__ PAGES

❖ <u>JURISDICTION</u>:   ( CHECK ONLY ONE )

➢ MUNICIPAL COURT

➢ SUPERIOR COURT

➢ APPELLATE COURT

➢ STATE SUPREME COURT

➢ UNITED STATES DISTRICT COURT

➢ UNITED STATES CIRCUIT COURT

➢ UNITED STATES SUPREME COURT

➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢ OTHER: _____

1  DECLARATION OF <u>TRACK CONDITIONS RJD B yard</u>

2  I, <u>T. Young, ADA MAC Rep for B9,</u> hereby declare:

3  that track conditions are wholly inadequate and
4  deficient for the large, budding ADA population that
5  exists at RJDCF.    01/17/2025
6  _Jim Noon_  # F23374

## VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED:                RESPECTFULLY SUBMITTED,

DECLARATION OF TRACK CONDITIONS RJD Byard

I, RAMON ROGERS K67902, hereby declare:

The track on Bravo Facility at R.J. Donovan Correctional Facility is uneven with potholes of various depths and has caused serious injuries for unsuspecting ambulatory persons and greater issues with the mobility-impaired ADA individuals. Plant Operations has attempted to rectify some complaints, however, there was not enough supplies to complete the task, leaving fall and tripping hazards around the facility.

**VERIFICATION**

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED: January 17, 2025

RESPECTFULLY SUBMITTED,

*/s/ Ramon Rogers*