# EXHIBIT COVER PAGE :

EXHIBIT: _____1_____

DESCRIPTON OF THIS EXHIBIT: EXHAUSTED ADMINISTRATIVE REMEDIES

NUMBER OF PAGES FOR THIS EXHIBIT: __4__ PAGES

❖ <u>JURISDICTION</u>:  ( CHECK ONLY ONE )

➢ MUNICIPAL COURT

➢ SUPERIOR COURT

➢ APPELLATE COURT

➢ STATE SUPREME COURT

☒ UNITED STATES DISTRICT COURT

➢ UNITED STATES CIRCUIT COURT

➢ UNITED STATES SUPREME COURT

➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢ OTHER: _____

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | OGT Log No: _____ | Date Received: _____ |
| | Decision Due Date: _____ | **MAR 0 4 2024** |
| | Categories: _____ | |

Claimant Name: _____ **SALIDO, R.** _____    CDCR #: **AY-0083**

Institution/Parole Region: **R.J. Donovan C.F.**    Current Housing/Parole Unit: **Facility B10 #125**

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

I am an inmate housed in Building 10 on Bravo Yard at R.J. Donovan Correctional Facility. On March 1, 2024, I was released on or about 0900 hours for the daily morning program. Due to previous physical injuries and my mobility-impaired status I was utilizing my DME walker for stability while making my laps around the track as part of my continued physical therapy. While circulating around the track in a counter-clockwise direction nearing Building 6 the wheels of my walker fell into one of the many potholes, causing me to trip, tumble head over heels over my walker, and fall hard to the ground with a forceful impact. I immediately experienced sharp, intense, excruciating pains in my hip, back, and shoulder area, all of which exacerbated my pre-existing injuries. I was unable to regain control of ambulatory functions so an accompanying inmate assisted by placing me in a seated position on my walker then physically pushing me to the facility clinic where I was evaluated by medical staff. It was determined that I had to go to the Triage Treatment Area (TTA) for further evaluation and treatment. I was placed in a wheelchair and pushed to the TTA by the sergeant on duty. At the TTA I was administered an injection of Toradol 30mg for pain management and prescribed Naproxin to control and suppress the

**CONTINUATION PAGE**

inflammation. A series of X-ray films were administered to determine if there was any skeletal or muscular breaks or tears. After these preliminary evaluations and tests were conducted I was returned to my housing unit. There is a serious walking hazard throughout Bravo Facility for any regular physically capable inmate. But most notably in front of Building 6 and 7 the terrain is much worse, especially for the ADA wheelchair/walker ambulatory mobility-impaired inmates. This incident has set me back in my personal physical rehabilitation. This incident was not the first of its kind and will not be the last. Video camera footage evidence will show these hazards that remain outstanding even after work orders have been submitted but not closed. Requesting all potholes and uneven walking surfaces that pose a hazard for ADA mobility-impaired persons be repaired posthaste without further delay, risk, or potential injury to others.

**Claimant Signature:** _Rigoberto Seelile_    **Date Signed:** 03/03/24

*ADA Accessible*

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** SALIDO, RIGOBERTO

**CDC#:** AY0083

**Current Location:** RJD-Facility B

**Date:** 04/17/2024

**Current Area/Bed:** B 010 1 - 125001L

**Log #:** 000000528414

---

**Claim #: 001**

**Received at Institution/Parole Region:** RJ Donovan Correctional Facility

**Submitted to Facility/Parole District:** RJD-Facility B

**Housing Area/Parole Unit:**

**Category:** Facilities                     **Sub-Category:** Adequacy of Environment

### I. CLAIM

The claimant, Salido, #AY0083, alleges walking hazards (potholes) around Bravo facility.

### II. RULES AND REFERENCES

**A. CONTROLLING AUTHORITY**

California Code of Regulations (CCR), Title 15, Section 3001 Subject to Regulations
CCR, Title 15, Section 3084.1 Right to Appeal

**B. DOCUMENTS CONSIDERED**

Demand Maintenance Work Order #603572

### III. REASONING AND DECISION

The Plant Operations' Carpenters have filled potholes around Bravo facility but this an ongoing issue due to weather and wear. The Carpenter will continue to fill the potholes as time permits.

### IV. Comments

Bravo facility does have a concrete walking path all the way around the facility that does not present any walking hazards.

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Ochoa [OCRI001] | Reviewing Authority | 04/16/2024 |

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 000000528414 | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

| Claimant Name: | SALIDO, RIGOBERTO | CDCR #: | AY0083 |
|---|---|---|---|
| Institution/Parole Region: | RJD- CSP | Current Housing/Parole Unit: | B·10·125 |

### STAFF USE ONLY

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: _____000000528414_____        Claim No: _____OOI_____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ _____

_____

_____

_____

_____

_____

_____

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

### IMPORTANT:

The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will _not_ consider any new documentation. Therefore, it is recommended you not attach any documentation to this form. **Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _____        Date Signed: _____

_ADA Accessible_

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: ___0000528414___ — Date Received:_____ |
|---|---|
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: _____Salido, R._____                    CDCR #: __AY-0083__

Institution/Parole Region: __R.J. Donovan C.F.__    Current Housing/Parole Unit: __Facility B10 #125__

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: ___0000528414___          Claim No: __001__

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_  R.J. Donovan Correctional Facility staff and administration knew and had documented knowledge that the track surrounding Bravo yard was in need of serious repair throughout the entire blacktop asphalt area. As stated in the response to this grievance the word "wear" is an acknowledgment that staff and administration were very well aware of this issue. Furthermore, in the COMMENTS section, the Reviewing Authority stating that there is a concrete path that is not a walking hazard is not a justification to not repair the track and limit my rehabilitative personal

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation. Therefore, it is recommended you not attach any documentation to this form. **Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _Rigoberto Salido_          Date Signed: __04/24/2024__

_ADA Accessible_

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**                    **CONTINUATION PAGE**

CDCR 602-2 (Rev. 01/22)                                                                           Page 2 of 2

OGT Log No: __0000528414__          Claim No: __OO1__

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____

therapy. This concrete path is also utilized by administrators, correctional staff, free
staff, electric carts, and inmates working out which all pose an obstruction and a need to
veer around off the concrete path at any given time. Bravo yard is an ADA facility that
should already have flat, level, smooth terrain to avoid any trip-and-fall hazards whether
someone is on the concrete path or the adjacent asphalt blacktop. It should not have to
take appellant to injury himself and file this 602 grievance to rectify these issues,
especially when the upper echelon of administration constantly walk and have observed
these hazards each week while attending committee in buildings #6 and #7. Appellant's
incident on March 1, 2024 on or about 0910 hours, as well as other similar incidents, have
been documented on facility surveillance cameras posted throughout the yard. Per Title
15, §3481(d), it states, "Staff shall not retaliate against a claimant for seeking to
informally resolve a claim or for submitting a grievance or appeal."

*ADA Accessible*



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

---

# OFFICE OF APPEALS DECISION

---

**Offender Name:**  SALIDO, RIGOBERTO                    **Date:**  06/24/2024

**CDC#:** AY0083

**Current Location:**  RJD-Facility B                    **Current Area/Bed:** B  010 1 - 125001L

**Log #:**  000000528414

---

**Claim #   001**

**Received at Institution/Parole Region:**   RJ Donovan Correctional Facility

**Submitted to Facility/Parole District:**    RJD-Facility B

**Housing Area/Parole Unit:**

**Category:**  Facilities                    **Sub-Category:** Adequacy of Environment

### I. ISSUE ON APPEAL

Appellant contends there are potholes along the path of travel on facility B.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3084.1

#### B. DOCUMENTS CONSIDERED

Appeal, Log No. 528414

### III. REASONING AND DECISION

Upon review it appears Demand Maintenance Work Order No. 603572 was submitted, and ongoing efforts to fix the problem are occurring. Because of this, this claim is granted.

### IV. REMEDY

Because demand maintenance work order no. 603572 was submitted, and ongoing efforts to fix the problem are occurring no further action is required.

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 06/23/2024 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**REQUEST TO IMPLEMENT REMEDIES**

CDCR 602-3 (Rev. 01/22)

Page 1 of 1

| **STAFF USE ONLY** | OGT Log No: ___000000528414___    Date Received: _____ |
|---|---|
| | Remedy Confirmed: _____   Remedy Unconfirmed: _____ |
| | Screen Out: _____   Status Letter: _____   Resolved: _____ |

**Claimant Name:** __SALIDO, RIGOBERTO_____    **CDCR #:** _____ AY0083 _____

**Institution/Parole Region:** _____   **Current Housing/Parole Unit:** _____

_Use this form to ask for a remedy that was granted but is overdue._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**Grievance or Appeal Log No:** _____ 000000528414 _____

**Claim No:** _____

**Date of Decision:** _____

**Description of Remedy:** _____
_____

---

> **This form shall be submitted by mail to:**
> Remedies Compliance Coordinator
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**

The Remedies Compliance Program is only intended to resolve delays in the implementation of a remedy previously granted by the Office of Grievances or the Office of Appeals; it is not intended for new issues, to seek additional remedies, or to dispute the remedy provided.

When reviewing this request, the Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.

**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____    **Date Signed:** _____

_ADA Accessible_

# EXHIBIT COVER PAGE :

EXHIBIT: _____2_____

DESCRIPTON OF THIS EXHIBIT: GOVERMENT CLAIM FORM AND COVERSHEET

NUMBER OF PAGES FOR THIS EXHIBIT: __2__ PAGES

❖ JURISDICTION: ( CHECK ONLY ONE )

➢ MUNICIPAL COURT

➢ SUPERIOR COURT

➢ APPELLATE COURT

➢ STATE SUPREME COURT

➢ UNITED STATES DISTRICT COURT

➢ UNITED STATES CIRCUIT COURT

➢ UNITED STATES SUPREME COURT

➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢ OTHER: _____

RIGOBERTO Salido
#AY0683

OFFICE of RISK and Insurance MANAGEMENT
GOVERMENT CLAIMS PROGRAM
P.O. BOX: 989052, MS414
WEST SACRAMENTO, CA 95798-9052

To whom it may concern this Tort claim is coming forth due to injuries that happend as a result of negligence in the up keep of the (medical yard) and Facilities of Richard J Donovan state Prison B yard. As the state goverment and CDCR take money from the federal Goverment under the Americans with Disabilities Act, 42 U.S.C.S §12131-34 (ADA) and §504 of the Rehabilitation ACT of 1973, 29 U.S.C.S §794. There is both unlimited liability as well as no exemption from liability to the 11TH Amendment of the Constitution.    Please take legal notice this is an attempt to cure.

/S/ Rigoberto Salido    07-16-24
RIGOBERTO Salido

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev 03/19)

AUG 01 2024

# GCP 202405280

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| SALIDO | RIGOBERTO | |

| INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) | BUSINESS NAME (if applicable) |
|---|---|
| #AV-0083 | N/A |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| N/A | N/A |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 480 ALTA RD B-10-125 | San Diego | CA | 92179 |

IS THE CLAIMANT UNDER 18 YEARS OF AGE?   ☐ Yes   ☒ No

INSURED NAME (Insurance Company Subrogation)   N/A

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM?   ☐ Yes   ☒ No

| EXISTING CLAIM NUMBER (if applicable) | EXISTING CLAIMANT NAME (if applicable) |
|---|---|
| N/A | N/A |

## ATTORNEY OR REPRESENTATIVE INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| | | |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| | |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

## CLAIM INFORMATION

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED
California Department of Corrections and Rehabilitation (CDCR)

DATE OF INCIDENT  03/01/2024

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)
N/A

DOLLAR AMOUNT OF CLAIM
50,000 (Plus)

CIVIL CASE TYPE (Required, if amount is more than $10,000)
☐ Limited ($25,000 or less)   ☒ Non-Limited (over $25,000)

DOLLAR AMOUNT EXPLANATION
PHYSICAL INJURY/ Extent of, ongoing loss of Mobility & need to Participate in physical therapy

INCIDENT LOCATION
RICHARd J. DONOVAN STATE Prison (B-yard) "track" Between 6 Building & 7 Building

SPECIFIC DAMAGE OR INJURY DESCRIPTION Due to the Fall i suffer From the deep Bone bruising of the overall structure of the left hip causing overall Arthralgia and underlying Bursitis symptoms of Arthritis and further resulting in mental anguish From loss of Mobility. Recovery time will be extensive and painful and will require extensive and painful recovery as well as numerous physical therapy sessions and a Cortisone as an anti inflammatory to attempt to relieve pain.

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY  See attached 602 (Filed March 03 2024) at the First level and Partially granted at the Second level (Exhibit,1 also clearly showing exhaustion of Administrative remedies) Further exhibits and Supporting Documents show on going negligence to track surface and overall safety of TRACK for "ADA" inmates.

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY  Stated by way of CDCR Admits the issue and says (in attached office of Appeals Decision) upon review it appears Demand Maintenance work order No. 603512 was submitted and going efforts to Fix the Problem are occurring. Because of this claim is granted.

STATE OF CALIFORNIA

DEPARTMENT OF GENERAL SERVICE
OFFICE OF RISK AND INSURANCE MANAGEMEN

# GOVERNMENT CLAIM

DGS ORIM 006 (Rev. 08/19)

## AUTOMOBILE CLAIM INFORMATION

| | | |
|---|---|---|
| DOES THE CLAIM INVOLVE A STATE VEHICLE?<br>☐ Yes  ☒ No | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER?<br>☐ Yes  ☐ No | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY?<br>☐ Yes  ☐ No | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |

## NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME | DATE |
|---|---|---|
| *[signature]* #AY-0083 | RIGOBERTO. Salido | 07/16/24 |

## INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

## Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2 (c).

The principal purpose for requesting this data is to process claims against the state. The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

➢ **Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

DGS ORIM
Public Records Officer
707 3rd St., West Sacramento, CA 95605
(916) 376-5300

# EXHIBIT COVER PAGE :

EXHIBIT: _____3_____

DESCRIPTON OF THIS EXHIBIT:   MEDICAL AND PHYSICAL THERAPY REPORTS

NUMBER OF PAGES FOR THIS EXHIBIT: __5__ PAGES

❖ <u>JURISDICTION</u>:   ( CHECK ONLY ONE )

➢ MUNICIPAL COURT

➢ SUPERIOR COURT

➢ APPELLATE COURT

➢ STATE SUPREME COURT

➢ UNITED STATES DISTRICT COURT

➢ UNITED STATES CIRCUIT COURT

➢ UNITED STATES SUPREME COURT

➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢ OTHER: _____

RJD - RJ Donovan Correctional Facility

| | |
|---|---|
| Patient: | **SALIDO, RIGOBERTO** |
| DOB/Age/Birth Gender: | 9/24/1985  /  38 years  /  Male        CDCR: AY0083 |

| *Progress Notes* |
|---|

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Office Visit Note |
| Service Date/Time: | 7/9/2024 08:23 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Blaisdell,Matthew P&S (7/9/2024 08:23 PDT) |
| Sign Information: | Blaisdell,Matthew P&S (7/9/2024 12:54 PDT) |
| Authentication Information: | Blaisdell,Matthew P&S (7/9/2024 12:54 PDT); Blaisdell, Matthew P&S (7/9/2024 12:54 PDT); Blaisdell,Matthew P&S (7/9/2024 12:49 PDT); Blaisdell,Matthew P&S (7/9/2024 12:33 PDT); Blaisdell,Matthew P&S (7/9/2024 12:31 PDT); Blaisdell, Matthew P&S (7/9/2024 12:24 PDT); Blaisdell,Matthew P&S (7/9/2024 08:29 PDT); Blaisdell,Matthew P&S (7/9/2024 08:29 PDT); Blaisdell,Matthew P&S (7/9/2024 08:27 PDT) |

**Chief Complaint**
f/u chronic left hip pain.
f/u TCMC urology.

**History of Present Illness**
38 yo M w/ a past medical history of chronic low back pain, chronic left hip pain, and neurogenic bladder presents to the clinic to f/u on his chronic hip pain and his most recent urology consult. The patient reports his chronic hip and low back pain are stable. He is requesting to have a referral to an orthopedic specialist to evaluate for possible surgery. The patient denies any changes to his chronic urinary incontinence. The patient otherwise reports feeling at his baseline and denies any other pains or other adverse symptoms. The patient has no other questions, concerns, or complaints at this time.

**Review of Systems**
Constitutional: No fatigue. No fevers, chills, or sweats.
HEENT/Neck: No headaches, neck pain, sore throat, or ear pain. No visual changes.
Cardiovascular: No chest pain, palpitations, syncope, or lightheadedness/dizziness.
Respiratory: No shortness of breath, cough, or wheezing.
Gastrointestinal: No nausea, vomiting, diarrhea, constipation, bloating, or abdominal pain.
Genitourinary: No dysuria or hematuria. No flank pain.

**Physical Exam**
  Vitals & Measurements
  **T:** 37.2 °C (Oral)  **HR:** 60 (Peripheral)  **RR:** 16  **BP:** 103/63  **SpO2:** 97%
  **WT:** 92.7 kg
GENERAL: Alert. NAD. Appears comfortable with no outward apperance of pain.
HEENT: NCAT.
NECK: Supple.
EXTREMITIES: No cyanosis, clubbing, or edema noted.
NEUROLOGICAL: No deficits. CN 2-12 intact. Full and equal sensation in upper and lower extremities bilaterally.
MSK: Patient presents to the clinic in his wheelchair. He is able to get out of his wheelchair unassisted and display a normal gait unassisted. He has no difficulty getting up and down

**Problem List/Past Medical History**
Ongoing
  Back pain with history of spinal surgery
  Chronic low back pain
  Dyslipidemia
  Elevated total bilirubin
  Encounters for administrative purposes
  Gilbert syndrome
  Healthcare maintenance
  Hip pain
  Ingrowing nail, left great toe
  Lumbar radiculopathy
  Mobility impaired
  Neurogenic bladder disorder
  Seborrhea
Historical
  Urinary incontinence

**Procedure/Surgical History**
  • L4-L5 microdiscectomy-left (2019)
  • L2-L3 microdiscectomy, rt side (2018)
  • L4-5 Microdiscectomy

**Medications**
 **Active Medications:**
acetaminophen  650 mg 2 tab Oral BID-KOP
KOP PRN: pain
1-cetirizine 10 mg Tab (ZyrTEC)  10 mg 1
tab Oral Daily-KOP KOP
cholecalciferol  1,000 unit 1 tab Oral
Daily-KOP KOP
clobetasol 0.05% Ointment 30 gm
(clobetasol 0.05% topical ointment)  1 app

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:    86104908                              Print Date/Time:   7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:                    **SALIDO, RIGOBERTO**
DOB/Age/Birth Gender:    9/24/1985  /  38 years   /  Male          CDCR: AY0083

---

| *Progress Notes* |
| --- |

of exam table. No stepoff signs or tenderness to palpation in spinous processes or paraspinal muscles in the cervical, thoracic, or lumbar spine. Full/symmetric strength and ROM in upper and lower extremities. Straight leg test negative bilaterally.

**Assessment/Plan**
Chronic left hip pain
  Stable, likely 2/2 mild OA noted on previous imaging. Patient does not yet meet IQ criteria for specialty referral. Patient offered multiple medications, but is not interested in any new medications at this time. He was interested in a referral to PT (previously seen at initial visit but has not had f/u visits), order placed. Patient educated on stretching/mobility/exercise techniques for his chronic pain, he was given a print-out of such techniques to use as home therapy prior to being seen by PT. The patient is to f/u as needed.

Mobility impaired
  Patient able to display a normal gait unassisted. He also reports using his walker at times. The patient does not meet the criteria for a DPP code of DPW, will update to DPO.

Neurogenic bladder disorder
  Consult reviewed, will place RFS for urodynamic studies, patient to f/u as needed.
Ordered:
Request for Urology

Orders:
CCHCS UTOX Panel - 373993
Consult to Physical Therapy (PT) Outpatient Eval and Treat

Topical BID-KOP KOP PRN: psoriasis
diclofenac 1% Gel 100 gm (Voltaren)
(Voltaren 1% topical gel)  4 gm 4.5 inch
Topical QID-KOP KOP
1-omega-3 acid ethyl esters 1000 mg Cap
(omega-3 acids ethyl esters 1000
mg)  2,000 mg 2 cap Oral BID-KOP KOP
1-omeprazole 20 mg Cap-DR (PriLOSEC)  20
mg 1 cap Oral Daily-KOP KOP
oxybutynin  5 mg 1 tab Oral BID-KOP KOP
pregabalin  150 mg 2 cap Oral BIDAM+PM
DOT

**Allergies**
No Known Medication Allergies

**Social History**
Alcohol
  Former, Beer, Wine, Liquor, Started age 19
  Years.
Employment/School
  Previous employment/school: manual labor.
  Highest education level: Some college.
  Behavioral Problems in School Yes.
Exercise
  Exercise duration: 30. Exercise frequency:
  Daily.
Substance Abuse
  Former, Marijuana, IV drug use: Never.
Tobacco
  Never

**Family History**
Renal failure syndrome: Father.
  Mother: History is negative

**Immunizations**

| Event Name | Event Result | Date/Time |
| --- | --- | --- |
| hepatitis A-hepatitis B vaccine | 1 mL | 03/02/20 13:36:00 |
| hepatitis A-hepatitis B vaccine | 1 mL | 09/03/19 09:04:00 |
| hepatitis A-hepatitis B vaccine | 1 mL | 07/16/19 12:18:00 |
| influenza virus vaccine, inactivated | 0.5 mL | 01/31/24 09:19:00 |

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   86104908                                    Print Date/Time:   7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**RJD - RJ Donovan Correctional Facility**

Patient:           **SALIDO, RIGOBERTO**
DOB/Age/Birth Gender:   9/24/1985  /  38 years  /  Male       CDCR: AY0083

| *Consultation Notes* |
|---|

12:31:00)
Weight Measured: 97.8 kg (05/01/23 10:11:00)
* weight gain 2.2 kg x 5 months 2% not significant change

**Allergies**
No Known Medication Allergies

**Lab Results**
No qualifying data available.

**Encounter Info:** Patient Name: RIGOBERTO SALIDO,DOB: 09/24/1985,CDCR: AY0083,FIN: 1000003511550329AY0083,Facility: RJD,Encounter Type: Institutional Encounter

Electronically Signed on 04/16/2024 03:21 PM PDT

Basto, Adelita RDN, RDN

Document Type:                Physical Therapy Consultation
Document Subject:            Physical therapy Eval for L hip pain/trochanteric bursitis.
Service Date/Time:            6/27/2024 10:54 PDT
Result Status:                 Auth (Verified)
Perform Information:          Leeke,Peyton Physical Therapist (7/3/2024 11:03 PDT)
Sign Information:               Leeke,Peyton Physical Therapist (7/3/2024 11:03 PDT)
Authentication Information:   Leeke,Peyton Physical Therapist (7/3/2024 11:03 PDT)

**Encounter Info:** Patient Name: RIGOBERTO SALIDO,DOB: 09/24/1985,CDCR: AY0083,FIN: 1000003511550329AY0083,Facility: RJD,Encounter Type: Institutional Encounter
Dx: L hip pain/trochanteric bursitis

S: I/P is a 38 y/o male who has had 3 lumbar surgeries. He had Right L45 microdiscectomy in 2006 that I never got better from. I developed neurogenic bladder after that procedure and have been in a W/C ever since. I couldn't even lie flat on my stomach after this procedure. Then I had another two microdiscectomies in 2018 ( L L23)and 2019 (L L45). My left leg is weak, and I still get neural pains running down my left leg. Right leg feels normal and can stretch it and load it without pain. I have fallen a few times due to left knee giving out. Recently I fell really hard on my L hip on the concrete floor. Pain is localized to my hip but it aggravated my back and LLE pains on top of new intense hip pain. Would like to walk again without any devices and get out of the wheelchair. Had a cortisone shot which did help some.

O:

Observation – I/P presents in W/C but can get up and onto table without issue. He is slow and cautious to move or change positions.

Palpation – L>R muscle tone around L/S paraspinals. Point tender at greater trochanter

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   86104908                 Print Date/Time:   7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

RJD - RJ Donovan Correctional Facility

Patient:                           **SALIDO, RIGOBERTO**
DOB/Age/Birth Gender:    9/24/1985  /  38 years    /  Male          CDCR: AY0083

| *Consultation Notes* |
| --- |

ROM – I/P has limited Flexion due to left leg parathesias, Extension is poor and I/P states he has avoided this for long time. Painful with anything that stretches his lateral hip.

Strength – 5/5 RLE except Hip abd =4/5

      LLE =3+/5 globally

Sp Tests – + SLR, + Slump, + Obers on L

Function – Poor functional mobility. Gait pattern is not symmetrical. No push off on left, No trailing limb position. Tends to offload his left side quickly.

Education – I/P was educated on trochanteric bursitis/ bone bruising. He was given lateral hip/ glute stretching as well as ITB stretching.


A: I/P has LLE neural pains with new trauma to L hip consistent with contusion of greater trochanter/ bone bruise. He has a lot radicular pains in LLE already which got aggravated by his fall.

P: cont PT 2x/wk for 3wks

Goal

    1.  I/P will be able to lie on l hip again

    2.  I/P will be 4/5 on LLE.

```
Electronically Signed on 07/03/2024 11:03 AM PDT
```
```
Leeke, Peyton Physical Therapist, Physical T
```

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

                            Urology Consultation
                            RJD2233
                            6/21/2024 12:25 PDT
                            Auth (Verified)
                            Mejia,Patricia HRT I (6/24/2024 13:36 PDT)
                            Blaisdell,Matthew P&S as proxy for Guldseth,David P&S

Document Type:
Document Subject:
Service Date/Time:
Result Status:
Perform Information:
Sign Information: | Urology Consultation
RJD2233
6/21/2024 12:25 PDT
Auth (Verified)
Mejia,Patricia HRT I (6/24/2024 13:36 PDT)
Blaisdell,Matthew P&S as proxy for Guldseth,David P&S (6/26/2024 10:01 PDT); Mejia,Patricia HRT I (6/24/2024 13:36 PDT)

Authentication Information:          Mejia,Patricia HRT I (6/24/2024 13:36 PDT)

**Encounter Info:** Patient Name: RIGOBERTO SALIDO,DOB: 09/24/1985,CDCR: AY0083,FIN: 10000003511550329AY0083,Facility: RJD,Encounter Type: Institutional Encounter


Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  86104908                              Print Date/Time:  7/15/2024 09:06 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

# EXHIBIT COVER PAGE :

EXHIBIT: _____4_____

**DESCRIPTON OF THIS EXHIBIT:** DOCUMENTATION OF PRIOR INCIDENTS RELATED TO SIMILAR SET OF FACTS DEMOSTRATING DEFENDANTS PRIOR KNOWLEDGE

NUMBER OF PAGES FOR THIS EXHIBIT: ___4__ PAGES

❖ <u>JURISDICTION</u>:  ( CHECK ONLY ONE )

➢  MUNICIPAL COURT

➢  SUPERIOR COURT

➢  APPELLATE COURT

➢  STATE SUPREME COURT

➢  UNITED STATES DISTRICT COURT

➢  UNITED STATES CIRCUIT COURT

➢  UNITED STATES SUPREME COURT

➢  CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢  OTHER: _____

STATE OF CALIFORNIA                                                           DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)                                                                                          Page 1 of 2

| STAFF USE ONLY | OGT Log No: _____ Date Received: _____ MAR 11 2024 |
|---|---|
| | Decision Due Date: _____ |
| | Categories: _____ |

**Claimant Name:** _____ Rosas, Robert _____          **CDCR #:** BR-3992

**Institution/Parole Region:** _R.J. Donovan C.F._     **Current Housing/Parole Unit:** Facility B10 #127

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

On Friday, February 23, 2024, at approximately 0915 hours, Bravo Yard Building 10 was released for the daily yard program. While on the way to the medical clinic seated in my DME wheelchair I came upon Officer Jaime and Officer Cervantes blocking the ADA accessible sidewalk and not having the correctional awareness of their surroundings. Due to them blocking my clear unimpeded path to the clinic I tried to go around them onto the uneven pavement area in front of the outside toilet/sink area. However, in my attempt to pass by these officers the wheelchair hit a pothole and I flipped forward out onto the coarse asphalt with a forceful impact, twisting and contorting my body in unnatural positions. I am a paraplegic that suffered a gunshot injury to my lower back in January 2020, damaging my spine, and leaving minimal feeling and no movement in my lower extremities. The surgery to attempt to repair the spinal damage left me with a titanium metal cage, rods, and screws surrounding my spine. Any adverse movement or unnatural position causes excruciating and potentially damaging pain or injury to the spine, nerves, and surrounding area. As I lay on the hard asphalt with my legs and body contorted, Officer Jaime and Officer Cervantes did absolutely nothing to assist me. They merely stepped back then asked if I was okay. Other inmates in the vicinity came to my aid, assisting me back into

_ADA Accessible_

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

my wheelchair. I felt a burning, throbbing pain in my ankle and knee which led me to believe I had been injured. When I arrived at the medical clinic I informed the registered nurse (RN) on duty of my incident and asked if I could get x-rays taken of the injured area. The RN commenced to take my vitals then submitted a request to the doctor to send me to the Triage Treatment Area (TTA) for further evaluation. It wasn't until the following Friday, March 1, 2024, that I was scheduled to Radiology at the TTA for x-rays due to the incident that occurred a week earlier. Bravo Yard has multiple areas throughout the facility as well as back in the Work Change where educational classes are conducted that are very hazardous to the many ADA mobility-impaired wheelchair and walker users. These areas pose a serious liability issue for RJD by having the potential to injure another mobility-impaired inmate worse than myself. I am requesting that these problem hazardous areas be addressed and repaired immediately. Additionally, I request the unit and gym building camera footage, and body worn camera (BWC) footage from Officer Jaime and Officer Cervantes, of the incident that occurred on Friday, February 23, 2024, be preserved and available as evidence in the future.

**Claimant Signature:** _____

**Date Signed:** March 11, 2024

*ADA Accessible*

# EXHIBIT COVER PAGE :

EXHIBIT: _____5_____

DESCRIPTON OF THIS EXHIBIT:     DECLARATIONS OF WITNESSES TO "B" FACILITY WALKING PATH CONDITIONS

NUMBER OF PAGES FOR THIS EXHIBIT: __2__ PAGES

❖ JURISDICTION:   ( CHECK ONLY ONE )

➢ MUNICIPAL COURT

➢ SUPERIOR COURT

➢ APPELLATE COURT

➢ STATE SUPREME COURT

➢ UNITED STATES DISTRICT COURT

➢ UNITED STATES CIRCUIT COURT

➢ UNITED STATES SUPREME COURT

➢ CALIFORNIA DEPARTMENT OF CORRECTION, 602 EXHIBIT

➢ OTHER: _____

1   DECLARATION OF TRACK CONDITIONS RJD Byard

2   I, T. Young, ADA MAC Rep for B9, _____, hereby declare:

3   that track conditions are wholly inadequate and

4   deficient for the large, budding ADA population that

5   exists at RJDCF.    01/17/2025

6          Tim Nixon  # F23374

7

8

9

10

11

12

13

14

15

16

17

18

19                      VERIFICATION

20      I am the petitioner in the above cause of action, have read the statements herein,

21   and declare under penalty of perjury that upon information and belief these statements are

22   true and correct.

23

24   DATED:                    RESPECTFULLY SUBMITTED,

25

26

27   _____

DECLARATION OF TRACK Conditions RJD Byard

I, Ramon Rogers K67902 , hereby declare:

The track on Bravo Facility at R.J. Donovan Correctional Facility is uneven with potholes of various depths and has caused serious injuries for unsuspecting ambulatory persons and greater issues with the mobility-impaired ADA individuals. Plant Operations has attempted to rectify some complaints, however, there was not enough supplies to complete the task, leaving fall and tripping hazards around the facility.

## VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED: January 17, 2025

RESPECTFULLY SUBMITTED,

DECLARATION OF TRACK CONDITIONS RJD Byard

I, JOHN K. SCHIGER _____, hereby declare:

THE TRACK ON B-YARD SINCE MY ARRIVAL HERE AT RJD HAS BEEN IN DISREPAIR. I HAVE WITNESSED MULTIPLE PEOPLE FALL ON THE TRACK DUE TO POTHOLES, WHICH THERE ARE SEVERAL   AND AS THIS IS A "LEVEL TERRAIN" FACILITY (I WAS ASSIGNED HERE FOR THAT PURPOSE AS I'M ADA/MOBILITY IMPAIRED) THEY HAVE FILLED SOME HOWEVER THERE ARE MANY MORE. THE TRACK IS APPROXIMATELY 12' TOTAL IN PLACES WITH LESS THAN HALF OF THAT BEING CONCRETE IN GOOD REPAIR AND THE REST BEING BLACK TOP IN POOR UPKEEP. ADDITIONALLY THEY (CORRECTIONAL OFFICER'S) ASK US TO MOVE OFF SO VEHICLES CAN TRAVERSE THE TRACK. I MYSELF HAVE FALLEN AS A RESULT OF THIS AND HAVE NOTICED SEVERAL OTHERS. ADDITIONALLY EASEMENTS FOR EDUCATION ARE NOT ADA ACCESSIBLE.

## VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED:                              RESPECTFULLY SUBMITTED,


JOHN K. SCHIGER, BX 576
B-10 105

DECLARATION OF <u>Charles Kinsey</u>

I, <u>Charles Kinsey</u>, hereby declare:

I arrived at Richard J. Donovan Correctional Facility around January 2020. Since I arrived, there have always been deep, unmarked potholes on the track that surrounds the Bravo Facility yard. As time has elapsed the potholes got larger and more potholes appeared. The prison administration made several false promises to remedy the pothole situation due to the severe hand injury I incurred when I fell due to a pothole, but nothing came from the alleged remedy. Due to the negligence of R.J. Donovan's administration and their medical department I have not regained full use of my broken fingers, and the track is still not fully repaired and free of the many trip-and-fall pothole hazards.

<u>VERIFICATION</u>

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED: _July 9th 2024_    RESPECTFULLY SUBMITTED,


'ADA' _Charles A. Kinsey_

Charles Kinsey

DECLARATION OF TRACK CONDITIONS RJD Byard

I, ALFREDO FREDDIE HERNANDEZ _____, hereby declare:

THE BLACKTOP TRACK IS IN DIRE NEED OF REPAIR.
THERE ARE POTHOLES AND CRACKS THAT I HAVE
ALMOST TRIPPED ON WHILE EITHER WALKING OR
RUNNING. THE BLACKTOP SURFACE IS A DANGER
AND I AM REQUESTING THAT THE SURFACE BE
FIXED.

    WHEN THE INCARCERATED INDIVIDUALS IN WHEELCHAIRS
ARE ON THE CONCRETE I, HAVE TO WALK OR RUN ON
THE BLACKTOP. THE BLACKTOP SURFACE IS A DANGER.

## VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that upon information and belief these statements are true and correct.

DATED: 1 / 21 / 2025          RESPECTFULLY SUBMITTED,