

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rigoberto Salido<br><br>Plaintiff,<br><br>V.<br><br>James Hill; Steven Stallings; Does 1 through 10 inclusive<br><br>Defendant. | Civil Action No. 3:25-cv-502-AJB-MMP<br><br>**CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Dismisses all claims against all Defendants in the First Amended Complaint without leave to amend pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b).

The case is hereby closed.

Date: 5/8/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Quinata

M. Quinata, Deputy