U.S. District Court
Southern District of California
Received

JUN 17 2025

Pages: 9
Time: 11:20
Initials: On

Rigoberto Salido CDCR#AY-0083
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

To: Clerk of the Court
United States District Court
Southern District of California
Office of the Clerk (c/o Appeal Clerk)
333 West Broadway, Suite 420
San Diego, CA 92101

Date: June 16, 2025

RE: **3:25-cv-00502-AJB-MMP**

Esteemed Clerk:

This letter is coming forth in propria persona regarding the above case number and a notice of appeal pertaining to the "**ORDER DISMISSING FIRST AMENDED COMPLAINT**...(and the overall civil filing)" of the Honorable Anthony J. Battaglia, United States District Judge. I filed a notice of appeal regarding this decision with the court, but as of yet I have not received any information pertaining to the placement on docket, or acknowledging the receipt of the notice of appeal.

I am asking that the Court please provide me a copy of the filing marked filed. If there are any additional steps to be completed, I ask to be informed as this is being done in propria persona. I appreciate any assistance you can lend this situation. The notice of appeal was sent out well before the deadline,

but should there be anything additional that is necessary to be done, I would appreciate being notified. Attached you will find a copy of the legal mail receipt showing that I previously submitted the documents that are herein included pertaining to notice of appeal. The documents attached reflect the new date as the old documents seemingly were never received despite the trust statement showing they were sent.

The fact that the documents were sent on 5/28 and 5/29 and deducted from my account adds to the credence that the Institution has seemingly destroyed the legal process. As you can see by the trust statement only one made it to the mail room (as postage was charged in accordance with mailbox rule this makes the filing timely). This was seemingly destroyed as the Court has not received the filing. The grievance of the local institution as well as complaint to the postmaster general will also be forthcoming.

Respectfully submitted,

/s/ [signature]  6/17/25

Rigoberto Salido CDCR#AY-0083
Richard J. Donovan Correctional Facility
480 Alta Rd.
San Diego, CA 92179



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rigoberto Salido<br><br>Plaintiff,<br><br>V.<br><br>James Hill; Steven Stallings; Does 1 through 10 inclusive<br><br>Defendant. | Civil Action No. 3:25-cv-502-AJB-MMP<br><br>**CLERK'S JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Dismisses all claims against all Defendants in the First Amended Complaint without leave to amend pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b).

The case is hereby closed.

**Date:** 5/8/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Quinata

M. Quinata, Deputy

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | SOUTHERN CALIFORNIA |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 3:25-cv-502-AJB-MMP |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | Febuary 28th, 2025 |

Date of judgment or order you are appealing: | May 8th, 2025 |

Docket entry number of judgment or order you are appealing: | |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes   ☐ No   ☒ IFP was granted by U.S. District Court

---

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

| RIGOBERTO SALIDO |

Is this a cross-appeal? ☐ Yes   ☒ No

If yes, what is the first appeal case number? | |

Was there a previous appeal in this case? ☐ Yes   ☒ No

If yes, what is the prior appeal case number? | |

Your mailing address (if pro se):

| 480 ALTA ROAD, SAN DIEGO, CA 92179 |
| |

City: | SAND DIEGO |   State: | CA |   Zip Code: | 92179 |

Prisoner Inmate or A Number (if applicable): | CDCR# AY0083 |

**Signature** | *Rigoberto Salido* |   **Date** | 06/17/25 |

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 1**                                                                                          *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> RIGOBERTO SALIDO

Name(s) of counsel (if any):

>

Address:
Telephone number(s):
Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> JAMES HILL; and STEVEN STALLINGS

Name(s) of counsel (if any):

>

Address:
Telephone number(s):
Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6    *1*    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                     2                             *New 12/01/2018*

Date/Time: 06/16/2025 10:04:57 AM  
Institution: RJD

CDCR  
Inmate Statement Report

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| AY0083 | SALIDO, RIGOBERTO | RJD | B  008 1 | 119001 |

Current Available Balance:    $700.60

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/01/2025 | RJD | BEGINNING BALANCE | | | | $678.77 |
| 05/01/2025 | RJD | FEDERAL FILING FEE | 3:25-CV-00502-AJB-MM | 1415971 | ($48.19) | $630.58 |
| 05/02/2025 | RJD | JPAY | 0000000179529753 | | $100.00 | $730.58 |
| 05/02/2025 | RJD | LEGAL MAIL | 042225/050225 | | ($2.31) | $728.27 |
| 05/02/2025 | RJD | LEGAL MAIL | 042225/050225 | | ($2.31) | $725.96 |
| 05/05/2025 | RJD | I/M PAY - SUPPORT | APR 2025- EDUCATION | | $57.33 | $783.29 |
| 05/18/2025 | RJD | JPAY | 0000000180026966 | | $200.00 | $983.29 |
| 05/19/2025 | RJD | JPAY | 0000000180055217 | | $100.00 | $1,083.29 |
| 05/19/2025 | RJD | GROUP TRANSFER OUT | COSTCO-B | | ($110.00) | $973.29 |
| 05/20/2025 | RJD | SALES | 27 | | ($285.65) | $687.64 |
| 05/21/2025 | RJD | LEGAL MAIL | 051525/052125 | | ($2.59) | $685.05 |
| 05/29/2025 | RJD | LEGAL MAIL | 051925/052925 | | ($2.59) | $682.46 |
| 05/31/2025 | RJD | KIOSK REQUEST - GTL | | | ($5.00) | $677.46 |
| 06/01/2025 | RJD | FEDERAL FILING FEE | 3:25-CV-00502-AJB-MM | 1416116 | ($91.46) | $586.00 |
| 06/02/2025 | RJD | JPAY | 0000000180438978 | | $100.00 | $686.00 |
| 06/04/2025 | RJD | I/M PAY - SUPPORT | MAY 2025- EDU | | $43.68 | $729.68 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | 06/02/2025 | $0.35 |
| | 06/02/2025 | $20.00 |
| | 06/04/2025 | $8.73 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | 2:19-CV-08764CAS-KES | $350.00 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 3:25-CV-00502-AJB-MM | $350.00 | ($139.65) | $77.14 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BA431434 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

30

# MAY 

| WEEKS | SUNDAY | MONDAY | TUESDAY | WEDNESDAY |
|---|---|---|---|---|
| 18 | | | | |
| 19 | 4 | 5 <br> Cinco de Mayo | 6 <br> Writ of Mandate Mail out | 7 |
| 20 | 11 <br> Mother's Day | 12 | 13 | 14 |
| 21 | 18 | 19 <br> Civil to SD Superior court signd & mailed at c/o office 3:20pm <br> Victoria Day (CAN) <br> National Patriots' Day (Québec) | 20 | 21 |
| 22 | 25 | 26 <br> Memorial Day (US) | 27 | 28 to district court 9th circuit mail in "DLK" mail at at 3:10pm c/o's office |

APRIL 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

JUNE 2025

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |   |   |   |   |   |

**GOALS**

| THURSDAY | FRIDAY | SATURDAY |
|---|---|---|
| 1 | 2 | 3 |
| 8 | 9 | 10 |
| 15 | 16 | 17 — Armed Forces Day (US) |
| 22 | 23 | 24 |
| 29 — To District 9th Circuit Mail 8BIK mailout at 450 to 5 pm/ish O/o's office Dinner release (prints) "Duplicate" | 30 | 31 |

**MUST-DO TASKS**

**NOTES**

U.S. District Court
Southern District of California
Received on

JUN 17 2025

Pages: 9
Time: 11:20
Initials: On

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers required by law. This form is authorized by General Order No. 653A dated June 21, 2018, and is approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by plaintiffs housed at institutions participating in the e-filing pilot program described in the General Order

| I. PLAINTIFF (to be Completed by Plaintiff) | II. DEFENDANT(S) (to be Completed by Plaintiff) |
|---|---|
| RIGOBERTO SALIDO #AY-0083<br><br>3:25-cv-00502-AJB-MMP<br><br>☐ Exhibits to follow | JAMES HILL<br>STEVEN STALLINGS<br>DOES 1-10 |

### III. INSTITUTION BEING E-FILED FROM
(To be Completed by CDCR Staff Member)

CDCR Institution Abbreviation Code: _____

### DATE SCANNED AND EMAILED BY CDCR STAFF MEMBER
(to be Completed by CDCR Staff Member)

BY: _[signature]_ (Please SIGN Name)    D. Nowroozian (Please PRINT Name)

DATE SCANNED AND EMAILED: 6-17-2025

### V. IF CIVIL COMPLAINT CANNOT BE E-FILED
(to be Completed by CDCR Staff Member)

☐ This civil complaint, and other initial filing documents authorized by the General Order No. 653A are authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See General Order 653A at 3

DATED:

_____    _____
(Please SIGN Name)                  (Please PRINT Name)

*See attached "Instructions for Filing Civil Rights Complaints Under 42 U.S.C. § 1983"*