**FILED**

JUL 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIGOBERTO SALIDO,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>JAMES HILL; et al.,<br><br>    Defendants - Appellees. | No. 25-3922<br><br>D.C. No.<br>3:25-cv-00502-AJB-MMP<br>Southern District of California,<br>San Diego<br><br>ORDER |

    Appellant's notice of appeal was dated June 17, 2025, and the district court received it on June 20, 2025, more than 30 days after the district court entered judgment on May 8, 2025. *See* 28 U.S.C § 2107(a); Fed. R. App. P. 4(a)(1)(A).

    A pro se prisoner's notice of appeal is deemed filed when deposited in the institution's internal mail system if appellant submits sufficient evidence. *See* Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 270 (1988). Within 21 days, appellant must file a declaration or notarized statement attesting to the date the notice of appeal was deposited and whether first-class postage was prepaid. *See* Fed. R. App. P. 4(c)(1); *Douglas v. Noelle*, 567 F.3d 1103 (9th Cir. 2009). If appellant does not do so, the court will dismiss this appeal. *See* 9th Cir. R. 42-1.

    If appellant files a declaration or statement, appellees may file a response within 10 days.

    Briefing is stayed.

The clerk will serve Form 33 Inmate Declaration of Timely Filing on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
